**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| YUQI ZHANG,<br><br>              Plaintiff,<br><br>       v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>              Defendants. | Civil Case No.: 2:26-cv-01097 |

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***

**OF ZHENG "ANDY" LIU**

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice

appearance of Zheng "Andy" Liu is GRANTED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

1