IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUQI ZHANG,

                Plaintiff,

    v.

SCHEDULE A DEFENDANTS,

                Defendants.

Civil Case No.: 2:26-cv-01097

**FILED UNDER SEAL**

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

Plaintiff hereby moves for an order granting Plaintiff permission to file a memorandum of law in excess of the page limitations set by the Court in support of Plaintiff's *Ex Parte* application for: a temporary restraining order; an order to show cause why a preliminary injunction should not issue: an asset restraining order; and an order authorizing expedited discovery against Defendants Identified on **Schedule "A"** to the Complaint (collectively, hereinafter referred to as "Defendants") in light of Defendants' intentional and willful manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, and/or selling of Infringing Products ("Application"), which is being filed herewith.

1

In this District Court, each Judge is allowed to set his or her own rules regarding the page limitations for filing a memorandum of law. Seeing as Plaintiff is filing its memorandum of law in support of its application contemporaneously with its initial pleadings, this case has not yet been opened or assigned a Judge. Accordingly, Plaintiff is unable to ascertain whether its memorandum of law will exceed any page length restriction established by the designated Judge. As such, Plaintiff seeks permission to file a memorandum of law in support of its application that exceeds the assigned Judge's page limitations. Plaintiff believes that this length is necessary to adequately support its *Ex Parte* Application.

Accordingly, Plaintiff respectfully requests that the Court grant this motion allowing Plaintiff to submit a memorandum of law in support of its application which may exceed the page limit instructed by the Court.

A Proposed Order granting this motion is submitted herewith.

Date: May 27, 2026                                  Respectfully submitted,

                                                /s/ Zheng "Andy" Liu____
                                                Zheng "Andy" Liu (CBN 279327)
                                                Aptum Law
                                                1660 S Amphlett Blvd Suite 315
                                                San Mateo, CA 94402
                                                Email: Andy.Liu@AptumLaw.us
                                                Phone: 650-475-6289
                                                *Attorney for Plaintiff*

2