IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUQI ZHANG, | |
| Plaintiff, | Civil Case No.: 2:26-cv-01097 |
| v. | |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiff's

Motion to Exceed Page Limit,

IT IS HEREBY ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall accept Plaintiff's

Memorandum of Law in Support of its *Ex Parte* Application for (1) a Temporary

Restraining Order; (2) an Order Restraining Assets and Merchant Storefronts; (3) an

Order to Show Cause Why a Preliminary Injunction Should Not Issue; and (4) an Order

Authorizing Expedited Discovery, as filed, irrespective of page limitations established

by the Court.

_____
UNITED STATES DISTRICT JUDGE