**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT                                    WHEN REPLYING, PROVIDE CASE
412–208–7500                                      NUMBER AND PARTY NAMES


June 1, 2026


Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

                    RE:   YUQI ZHANG vs. SCHEDULE A DEFENDANTS
                          Case Number:   2:26–CV–01097–RJC


Dear Sir/Madam:

In compliance with the provisions of 17 U.S.C. 508, enclosed please find a copy of the
Complaint, Docket Entries, and AO 121 form filed in the United States District Court
for the Western District of Pennsylvania.

Thank you for your attention in this matter.


                          Very truly yours,

                          BRANDY S. LONCHENA
                          CLERK OF COURT


                    By:   /s/ **Logan Joel Saborsky**

                          Deputy Clerk


Enclosures