**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUQI ZHANG,<br><br>                    Plaintiff,<br><br>          v.<br><br>SCHEDULE A DEFENDANTS**,**<br><br><br><br>                    Defendants. | Civil Case No.: 2:26-cv-01097-RJC |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR AUTHORIZATION TO**

**PERFORM ELECTRONIC SERVICE OF PROCESS UNDER FED. R. CIV. P. 4(f)(3)**

Plaintiff Yuqi Zhang respectfully provides notice to the Court of his withdrawal, without prejudice, of Plaintiff's Motion for Authorization to Perform Electronic Service of Process under Fed. R. Civ. Proc. 4(f)(3) [Dkt. 6].

Date: July 12, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*

1