**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

YUQI ZHANG,

                    Plaintiff,

        v.

SCHEDULE A DEFENDANTS,

                    Defendants.

Civil Case No.: 2:26-cv-01097-RJC

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR 1) TEMPORARY RESTRAINING ORDER; 2) ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS; 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND 4) ORDER AUTHORIZING EXPEDITED DISCOVERY**

Plaintiff Yuqi Zhang respectfully provides notice to the Court of his withdrawal, without prejudice, of Plaintiff's Motion for 1) a temporary restraining order; 2) an order restraining assets and Merchant Storefronts; 3) an order to show cause why a preliminary injunction should not issue; and 4) an order authorizing expedited discovery against the Defendants identified on Schedule "A" to the Complaint [Dkt. 16].

///

///

///

1

Date: July 12, 2026                             Respectfully submitted,

                                                /s/ Zheng "Andy" Liu
                                                Zheng "Andy" Liu (CA- 279327)
                                                *Aptum Law*
                                                1660 S Amphlett Blvd Suite 315
                                                San Mateo, CA 94402
                                                Email: Andy.Liu@AptumLaw.us
                                                Phone: 650-475-6289


                                                *ATTORNEY FOR PLAINTIFF*

2